IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAKE BIAS, a/k/a JAKE JEROME BIAS,
#166407                                                                                              PETITIONER

vs.                                                       CIVIL ACTION No. 3:19-CV-282-HTW-FKB

LAMAR SHAW, WARDEN                                                                  RESPONDENT

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge F. Keith Ball, [Docket no. 13], which was entered on January 29, 2020. Petitioner did not file any objection to the Magistrate Judge's Report and Recommendation, having been notified of his right to do so.

After examining the record evidence in this case the Magistrate Judge recommended: that the Respondent's Motion to Dismiss [doc. no. 9] should be granted and the Petition for Writ of Habeas Corpus should be dismissed.

This Court has reviewed the Report and Recommendation of the Magistrate Judge, as well as the court filings and the relevant law, and concludes that the findings in the Report and Recommendation **[doc. no. 13]** should be and are hereby **adopted** as this Court's own. This court grants Respondent's Motion to Dismiss **[doc. no. 9].** Accordingly, this court dismisses this Habeas Corpus Petition with prejudice. A separate Final Judgment will issue on this date.

SO ORDERED AND ADJUDGED, this the 7th day of July, 2020.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE